ACCEPTED
01-14-01026-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/22/2015 3:30:21 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-01026-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/22/2015 3:30:21 PM

CHRISTOPHER A. PRINE
~~Clerk~~

**ENSIGN SERVICES, L.L.C. (f/k/a FE SERVICES, L.L.C.), FE SERVICES HOLDINGS INC., AND JAMES STEWART,**

*Appellants*,

**v.**

**MARC JAN LEVESCONTE,**

*Appellee.*

On Appeal From The
333rd District Court of Harris County, Texas
Cause No. 2009–04966

**APPELLEE'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), Appellee, Mac Jan Levesconte, files this Unopposed Second Motion to Extend Time to File Appellee's Brief.

Appellee's response brief is currently due on August 11, 2015.

*HOU 408361334v1*

1

Appellee requests a 30-day extension of time to file Appellee's brief, making the brief due on September 10, 2015. This is the second request for extension of time to file Appellee's brief.

Appellee seeks this extension of time to be able to resolve or narrow the issues for the appeal. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and she has indicated that her client does not oppose this motion.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellee respectfully requests that this Court grant this Unopposed Second Motion to Extend Time to File Appellee's Brief and extend the Deadline for Filing Appellee's Brief up to and including September 10, 2015. Appellee hereby requests all other relief to which he may be entitled.

Respectfully submitted,

/s/ *Shira R. Yoshor*

Shira R. Yoshor
State Bar No. 00788730
Greenberg Traurig, LLC
1000 Louisiana St., Suite 1700
Houston, Texas 77002
713-374-3613
713-754-7853 (fax)
yoshors@gtlaw.com

Thomas R. Phillips
State Bar No. 00000102
Baker Botts, LLP
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
512-322-2565
512-322-8363 (fax)
tom.phillips@bakerbotts.com

Lloyd E. Kelley
State Bar No. 11203180
The Kelley Law Firm
2726 Bissonnet, Suite 240, PMB 12
Houston, Texas 77005
281-492-7766
281-652-5973 (fax)
Kelley@lloydkelley.com

Michelle S. Stratton
Smyser, Kaplan & Vaselka, LLP
State Bar No. 24085606
700 Louisiana, Suite 2300
Houston, Texas 77002
713-221-2300
713-221-2320
mstratton@skv.com

**Counsel for Appellee**
**Marc Jan Levesconte**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellants on July 17, 2015 regarding this motion and that Appellants are not opposed to this motion.

/s/ Shira R. Yoshor
Shira R. Yoshor


## CERTIFICATE OF SERVICE

This is to certify that on July 22, 2015, a true and correct copy of the above notice was served on the following counsel of record by email:

Emma Mata
Seyfarth Shaw LLP
700 Milam St., Suite 1400
Houston, Texas 77002

Wanda McKee Fowler
Wright & Close LLP
Three Riverway, Suite 600
Houston, Texas 77056

James M. Harris
Seyfarth Shaw LLP
2029 Century Park East 3500
Los Angeles, California 90067

Dawn R. Solowey
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210

*Attorneys for Appellants*

Lloyd E. Kelley
The Kelley Law Firm
2726 Bissonnet, #240
Houston, Texas 77005

Thomas R. Phillips
Baker Botts L.L.P.
98 San Jacinto Blvd.
Suite 1500
Austin, Texas 78701

Michelle S. Stratton
Smyser, Kaplan & Vaselka, L.L.P.
700 Louisiana, Suite 2300
Houston, Texas 77002

*Attorneys for Appellee*

/s/ Shira R. Yoshor
Shira R. Yoshor

HOU 408361334v1